United States District Court
Southern District of Texas
**ENTERED**
October 18, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

No. 3:23-cv-236

Kendrick Lee Faulk, #395926, Plaintiff,

v.

Corporal Mandela, *et al.*, Defendants.

## ORDER OF DISMISSAL

Jeffrey Vincent Brown, United States District Judge.

Plaintiff Kendrick Lee Faulk filed a civil-rights complaint under 42 U.S.C. § 1983, while detained at the Galveston County Jail. Publicly available online records reflect that Faulk is no longer detained in the jail.[1] Faulk has not provided the court with a change of address, as required by Rule 83.4 of the Local Rules for the Southern District of Texas. Under that rule, a self-represented litigant is responsible for keeping the clerk advised in writing of his current address. Faulk has failed to provide the court with an accurate, current address.

Faulk's failure to pursue this action forces the court to conclude that he lacks

---

[1] *See* Website for Inmate Inquiry, Galveston County Jail, available at https://p2c.co.galveston.tx.us/jailainmates.aspx (last visited October 17, 2023).

due diligence. Therefore, under the inherent powers necessarily vested in a court to manage its own affairs, this court determines that dismissal for want of prosecution is appropriate. *See* Fed. R. Civ. P. 41(b); *Larson v. Scott*, 157 F.3d 1030 (5th Cir. 1998) (noting that a district court may *sua sponte* dismiss an action for failure to prosecute or to comply with any court order).

Accordingly, it is **ORDERED** that this action be **DISMISSED** without prejudice for want of prosecution. Any pending motions are **DENIED** as moot.

Signed on Galveston Island this  18th  day of   October        , 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE